BILLY ROSE, Appellant, v. SHEILA ROSE et al., Respondents.  BILLY ROSE, Appellant, v. SHEILA ROSE, Respondent.— In these consolidated actions, one against the individual defendant for an accounting and the other against both

defendants to impress a lien on certain real property, a separate trial was first had on the defenses of release, which resulted in the entry of a judgment dismissing the complaints of both the original actions. The appeal is by plaintiff from the said judgment. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See 284 App. Div. 851.]